### E. E. EARP v. HILL YARBOROUGH.

(Filed 4 November, 1931.)

(For digest see *Allen v. Yarborough* next preceding case, p. 568.)

APPEAL by defendant from *MacRae, Special Judge,* at June Term, 1931, of DURHAM. New trial.

*W. H. Yarborough for appellant.*
*W. L. Foushee for appellee.*

ADAMS, J. The disposition of the present appeal is controlled by the decision in *Allen v. Yarborough, ante,* 568.

New trial.